■ FERN D. DUNN, Appellant, v JOHN J. DUNN, Respondent. (Appeal No. 2.) — Order unanimously affirmed, without costs. Same memorandum as in *Dunn v Dunn* (Appeal No. 1) (86 AD2d 772). (Appeal from order of Supreme Court, Oneida County, Donovan, J. — vacate note of issue.) Present — Dillon, P. J., Callahan, Doerr, Denman and Schnepp, JJ.